JASON G. MILLER AND WIFE, PLAINTIFFS IN ERROR, V. JACOB LEFEVER, DEFENDANT IN ERROR.

1.  Sale of Real Estate under a Decree of Foreclosure ————: NOTICE. In a sale by a sheriff of real estate under a decree of foreclosure, thirty days' notice of the time and place of sale is required. If such notice be not given the sale will be set aside.

2.  ————: PROOF OF PUBLICATION OF NOTICE. Proof of the due publication of such notice may be made by the affidavit of any person having knowledge of the fact.

ERROR to the district court of Cass county. Heard there before POUND, J., upon objection to confirmation of sale of defendant's real estate. Objections overruled and exceptions taken.

*T. M. Marquett*, for plaintiff in error.

*Sam. M. Chapman*, for defendant in error.

LAKE, J.

This case concerns a sale of real estate under a decree of foreclosure. A motion was made in the court below to set the sale aside, chiefly for the reason that the required thirty days' notice thereof was not given.

In the sheriff's return to the order of sale it is certified that "on the fifth day of March, A.D. 1879, I caused a notice to be published in the Nebraska *Herald* * * * that I would offer said real estate for sale," etc. This seems to imply that the notice was actually published on that day, which, had it been, would have answered the requirement of the statute in that particular.

But this certificate cannot be taken as proof of when the notice was in fact first published. Sec. 403

of the code of civil procedure provides that "publications required by law to be made in a newspaper may be proved by affidavit of any person having knowledge of the fact, specifying the time when, and the paper in which, the publication was made," etc. And pursuant to this provision of the statute, proof was made by the affidavit of R. O. Fellows, then the foreman of the *Herald* office, from whence the publication in question was made.    This affidavit shows the notice to have been first published on the sixth of March, thus giving but twenty-nine days before the day of sale, which was fixed for the fifth of April, 1879.    The notice of sale not having been published *thirty days before the day of sale* the order of confirmation must be set aside, the sale vacated, and the sheriff directed to proceed to advertise and sell the mortgaged premises, as provided in the decree and order of the district court, and to make return to that court of his proceedings for confirmation.

JUDGMENT ACCORDINGLY.